**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**EVELYN MARQUEZ,**

Case No. 14-24771-BKC-RAM
Chapter 7

Debtor.

_____/

**TRUSTEE DILLWORTH'S MOTION TO APPROVE**
**STIPULATION FOR PURCHASE OF NON-EXEMPT ASSETS BY DEBTOR**

---

Any interested party who fails to file and serve a written response to this Motion within 21 days after the date of service stated in this Motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an Order in the form attached to this Motion. Any scheduled hearing may then be canceled.

---

DREW M. DILLWORTH ("**Trustee Dillworth**"), the duly appointed, qualified, and acting Chapter 7 Trustee for the above-styled bankruptcy estate of Evelyn Marquez (**"Debtor"**), pursuant to 11 U.S.C. § 105, Rule 9019 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9013-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, respectfully requests the Court to enter an order approving the stipulation for the Debtor's purchase of non-exempt assets from the estate.

1.      The Debtor filed this bankruptcy case on June 27, 2014.

2.      The only non-exempt assets in this case are the Debtor's ownership interest in the 2005 Toyota Camry, 2010 Nissan Titanium and the property located at 50 NW 126 Street, Miami, FL 33168 (The "**Vehicle**s" and the "**Property**").

3.      The Debtor agreed to pay Trustee Dillworth, for the benefit of creditors, the sum of $ 5,000.00 in one payment as outlined in the attached settlement confirmation of counsel.

4.      Trustee Dillworth believes that the proposed settlement is fair and reasonable and the best interests of creditors and parties in interest.  The law generally favors compromise of disputes over litigation for litigation sake.  *See In re Bicoastal Corp.*, 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993).   Moreover, the settlement of time-consuming and burdensome litigation is encouraged, especially in bankruptcy cases.  *Protective Committee for Independent Stockholders of TMT Trailer Ferry, Inc. V. Anderson*, 390 U.S. 414, 88 S.Ct. 1157, 20 L.Ed.2d 1(1968); *In re Penn Central Transportation Co.*, 596 F.2d 1102 (3d Cir. 1979).   The bankruptcy court has broad discretion to approve a compromise, and settlements or compromises should be approved unless they "fall below the lowest point in the range of reasonableness."  *In re Bicoastal Corp.,* 164 B.R. at 1016; *see also In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988).

5.      Trustee Dillworth respectfully submits that the proposed settlement is fair and reasonable, represents a benefit to the Debtor's estate and creditors, and reflects prudent judgment.

**WHEREFORE,** Trustee Dillworth respectfully requests this Court to enter an Order (a) granting this Motion; (b) approving the settlement outlined herein; (c) authorizing and directing the parties to execute any and all documents and perform such acts as are necessary and appropriate to effectuate the settlement; and (d) granting such other relief as the Court may deem proper.

Respectfully submitted,

_/s/ Drew M. Dillworth_____
Drew M. Dillworth, Trustee
150 West Flagler Street
Suite 2200
Miami, FL 33130
305-789-3200
Ddillworth@stearnsweaver.com

**I CERTIFY** that on August 28, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and the foregoing document is being served this day by (i) transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and (ii) by U.S. Mail to those parties as indicated on the attached service list.

Respectfully submitted,

_/s/ Drew M. Dillworth_____
Drew M. Dillworth, Trustee
150 West Flagler Street
Suite 2200
Miami, FL 33130
305-789-3200
Ddillworth@stearnsweaver.com

137836.1

Label Matrix for local noticing
113C-1
Case 14-24771-LMI
Southern District of Florida
Miami
Thu Aug 28 10:07:07 EDT 2014

BMW Financial Services NA, LLC
c/o Ascension Capital Group
POB 201347
Arlington, TX 76006-1347

A M Rywlin MD & Assoc., P.A.
POB 3093
Boca Raton, FL 33431-0993

American Collections E
205 S Whiting St Ste 500
Alexandria, VA 22304-3632

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256-6705

Bk Of Amer
P.O. Box 17054
Wilmington, DE 19884-0001

Bmw Bank Of North Amer
2735 E Parleys Ways Ste
Salt Lake City, UT 84109-1666

(p)BMW FINANCIAL SERVICES
CUSTOMER SERVICE CENTER
PO BOX 3608
DUBLIN OH 43016-0306

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank
POB 78420
Phoenix, AZ 85062-8420

Coldwell Banker Mortgage
POB 5954
Springfield, OH 45501-5954

Comenity Bank/Mdchoice
Po Box 182789
Columbus, OH 43218-2789

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057-4975

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Gecrb/Banarepdc
Po Box 965005
Orlando, FL 32896-5005

Gecrb/Brandsmart
Po Box 965036
Orlando, FL 32896-5036

Gecrb/Brandsmart Platn
Po Box 981474
El Paso, TX 79998

Gecrb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Gecrb/City Furniture
Po Box 981439
El Paso, TX 79998-1439

Gecrb/Ge Capital
Po Box 965005
Orlando, FL 32896-5005

Gecrb/Rooms To Go
950 Forrer Blvd
Kettering, OH 45420-1469

Gecrb/Rooms To Go
Po Box 965036
Orlando, FL 32896-5036

Memorial Hospital
POB 864691
Orlando, FL 32886-4691

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Mortgage Service Cente
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054-4604

Mount Sinai Medical Center
POB 40-3429
Miami Beach, FL 33140-1429

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Patient Account Servic
5100 W Copans Rd Ste 500
Margate, FL 33063-7733

Portfolio Recovery & Affil
120 Corporate Boulevard
Suite 1
Norfolk, VA 23502-4962

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

Radiology of MSMC, LLC
POB 11550
Miami, FL 33101-1550

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117-6283


Sterling Em Svc of Miam Beach
POB 975213
Dallas, TX 75397-5213

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Us Bank
Po Box 130
Hillsboro, OH 45133-0130


Visdsnb
9111 Duke Blvd
Mason, OH 45040-8999

Wffnatbank
Po Box 94498
Las Vegas, NV 89193-4498

Drew M Dillworth
2200 Museum Tower
150 West Flagler St
Miami, FL 33130-1536


Evelyn Marquez
10185 Collins Avenue #311
Bal Harbour, FL 33154-1606

Robert Sanchez Esq
355 W 49 St.
Hialeah, FL 33012-3715


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410

(d)Bk Of Amer
Po Box 982235
El Paso, TX 79998

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Miami

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41



EXHIBIT
"A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

*In re:*                                     Case No.: 14 - 24771 - RAM
                                             Chapter 7
EVELYN MARQUEZ

                    Debtor(s).
_____/

## STIPULATION FOR THE PURCHASE
## OF THE DEBTOR(S) NON-EXEMPT ASSET(S)

Drew M. Dillworth, Trustee and the debtor(s) in the above styled case ("Debtor(s)")
hereby stipulate to the Purchase of the Non-Exempt Asset(s) disclosed in the bankruptcy
schedules on this case and more specifically identified below as follows:

1. Debtor(s) filed a voluntary petition for relief under Chapter 7 of the United States
Bankruptcy Code on the date set forth on the record. Trustee Dillworth is the Chapter 7 Trustee.

2. Trustee Dillworth and Debtor(s) enter into this agreement for the purchase of the
estate's right, title, and interest in the Debtor(s) non-exempt interest in the following property:

50 NW 126 ST, 2005 TOYOTA CAMRY
2010 NISSAN TITANIUM

all being referred to below as the "Non-Exempt Asset(s)".

3. As consideration for the Non-Exempt Asst(s), the Debtor(s) agree(s) to pay to Trustee
Dillworth, in the form of a money order or a cashier's check made payable to "Drew M.
Dillworth, Trustee, for the benefit of the Estate" the total sum of $ 5,000 in ~~consecutive~~ one
~~monthly~~ payments of $ 5000 before November 15, 2014. ~~beginning~~ ~~until paid in full.~~

4. In the event of a default, Trustee Dillworth will notify counsel to Debtor(s) of said
default by facsimile transmission, U.S. Mail or Electronic Mail. If said default is not cured

within ten (10) days of the notice of default, Trustee Dillworth may proceed as set forth in Paragraph 5 of this Stipulation.

5. In the event the Debtors fail to make the aforesaid payments on a timely basis, Trustee Dillworth shall be entitled to a revocation of Debtor(s) discharge by contested motion pursuant to Rule 9024, Fed. R. Bank. P., and Debtor(s) waive the requirement of an adversary proceeding for such matter. Should Debtor(s) cure any default after notice and the filing of a motion pursuant to this paragraph, Debtor(s) further agree that they shall be additionally liable to the estate in the amount of $500.00 as and for lump sum attorneys' fee and costs associated with such default and failure to timely cure.

6. This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, modified or supplemented except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought. A waiver by a party of any breach of any provision of this Stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision.

_____
Drew M. Dillworth, Bankruptcy Trustee
Florida Bar No. 0167835
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3598
Facsimile:    (305) 789-3395

X _____
Debtor

_____
Debtor

_____
Attorney for Debtor(s)

#3525710 v1

2



EXHIBIT
"B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

**EVELYN MARQUEZ,**

Case No. 14-24771-BKC-RAM
Chapter 7

        Debtor.

_____/

ORDER APPROVING STIPULATION FOR THE
PURCHASE OF THE DEBTOR'S NON-EXEMPT ASSET

       THIS CAUSE came before the Court on Drew M. Dillworth, Trustee's Motion (DE___) to
Approve Stipulation for the Purchase of the Debtors Non-Exempt Assets (the "Motion") and the
Trustee Dillworth's Certificate of No Response to the Motion.  The Court having reviewed the
Motion, finding that the Stipulation for the purchase of the debtors non-exempt asset is sufficient
to comply with Bankruptcy Rules 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other
applicable notice requirement, does -

       ORDER and ADJUDGE that the Motion is Granted and the Stipulation attached to the
Motion is approved in all respects.

###

<u>Submitted by/Copy to</u>:
Drew M. Dillworth, Trustee
(Trustee Dillworth shall serve copies of this order on all interested parties and file a certificate of service.)

@PFDesktop\::ODMA/MHODMA/DMS;ACTIVE;1259005;1